B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pinsler, Bruce** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2141** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 Elsinoor Drive<br>Lincolnshire, IL**<br>ZIP Code **60069** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinsler, Bruce** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**GALAXIE LUMBER & CONSTRUCTION** | Case Number:<br>**12-28917** | Date Filed:<br>**7/21/12** |
| District:<br>**NORTHERN DISTRICT OF ILLINOIS** | Relationship:<br>**PRESIDENT** | Judge:<br>**Jacqueline P. Cox** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinsler, Bruce** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bruce Pinsler**
Signature of Debtor **Bruce Pinsler**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 4, 2013**
Date

### Signature of Attorney*

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road**
**Suite 224**
**Northbrook, IL 60062**
Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248 Fax: 847-574-8233**
Telephone Number

**March 4, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bruce Pinsler** _____     Case No. _____
                                    Debtor(s)          Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                              Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Bruce Pinsler**
                        **Bruce Pinsler**

Date:    **March  4, 2013**

Adam Goodman
Goodman, Tovrov, et al
105 W. Madison, Ste 1500,
Chicago, IL 60602


Adam Herzog
Robinson Curley
300 S. Wacker Drive, suite 1700
Chicago, IL 60606


Allen
5645 W. Patterson
Chicago, IL 60634


ALLIED BUILDING
2424 N. PULASKI ROAD
Chicago, IL 60639


ALLIED BUILDING PRODUCTS CORP.
2424 N. PULASKI ROAD
Chicago, IL 60639


ALLY
PO BOX 9001951
Louisville, KY 40290-1951


ALLY
PO BOX 9001951
LOUISVILLE, KY 40290-1951


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


ALSIDE SUPPLY CENTER
5565 N. LYNCH AVENUE
Chicago, IL 60630


AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096-8000

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


AMERICAN EXPRESS PLATINUM
PO BOX 0001
LOS ANGELES, CA 90096-8000


Amex
American Express Special Research
Po Box 981540
El Paso, TX 79998


Arnold G. Siegel
20 N. Clark Street
Suite 2200
Chicago, IL 60602


ARONBERG GOLDGEHN
330 NORTH WABASH AVENUE SUITE 1700
Chicago, IL 60611


AT YOUR SERVICE INC.
1171 PLEASANT CT
Batavia, IL 60510


AT&T
P.O. BOX 8100
Aurora, IL 60707


AXIS RESPONSE GROUP, LLC
PO BOX 2848
Glenview, IL 60025


Barclays Bank Delaware
Attention: Bankruptcy
Po Box 1337
Philadelphia, PA 19101

Bell
345 W Swann
Chicago, IL 60609


Belmont-Central Currency Exchange
c/o R/A Fred Blumenfeld
5301 W. Dempster St Ste 300
Skokie, IL 60077


Berkley Risk Administrators Company
P.O. Box 59143
Minneapolis, MN 55459-0143


Blatt Hasenmiller
125 South Wacker Drive, Suite 400
Chicago, IL 60606


Bradley
5547 W Congress Pky
Chicago, IL 60644


Brian & Melissa DICKSTEIN
2123 Jordan Terr
Buffalo Grove, IL 60089


Brown
286 Muskegon
Calumet City, IL 60409


Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital One Bank (USA)
P.O. Box 6492
Carol Stream, IL 60197-6492


Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548

CBS Radio - WBBM-AM
22577 Network Place
Lockbox 22577
Chicago, IL 60673-1225


CBS Radio - WXRT-FM
22603 Network Place
Chicago, IL 60673-1226


CBS-TV
190 NORTH STATE STREET
Chicago, IL 60601


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 24696
Columbus, OH 43224


CHASE - CARD MEMBER SERVICES
PO BOX 15153
WILMINGTON, DE 19886-5153


CHASE BP
PO BOX 15153
WILMINGTON, DE 19886-5153


Chase Home Mortgage
PO Box 9001871
Louisville, KY 40290-1871


CHICAGO BLACKHAWKS
1901 W. MADISON ST.
Chicago, IL 60612

CHICAGO BULLS
1901W . MADISON ST
Chicago, IL 60612


CHICAGO CUBS
1060 W. ADDISON STREET
Chicago, IL 60613


CHICAGO EXPRESS
5333 PRAIRIE STONE PARKWAY
Hoffman Estates, IL 60192


CHICAGO FLAMEPROOF
1200 S LAKE STREET
Montgomery, IL 60538-1400


CHICAGO SUNTIMES
350 N. ORLEANS 10TH FLOOR
Chicago, IL 60654


CHICAGO TRIBUNE
PO BOX 9001157
LOUISVILLE, KY 40290-1157


CHICAGO WHITE SOX
333 WEST 3TH STREET
Chicago, IL 60616


CHICAGO WOLVES
2301 RAVINE WAY
Glenview, IL 60025


Chico & Nunes, P.C.
333 W Wacker Drive
Suite 1800
Chicago, IL 60606


CITIBANK (CITI CARDS)
Processing Center
Des Moines, IA 50363-0005


CITIBANK (CITI CARDS)
Processing Center
Des Moines, IA 50363-0005

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20507
Kansas City, MO 64195


City of Calumet City
670 Wentworth Avenue
Calumet City, IL 60409


CITY OF CHICAGO
121 N. LASALLE STREET
Chicago, IL 60602


City of Des Plaines
1420 Miner Street
Des Plaines, IL 60016


City of Evanston
2100 Ridge Avenue
Evanston, IL 60201


City of Lake Forest
220 E. Deerpath
Lake Forest, IL 60045


City of Prospect Heights
8 N. Elmhurst Road
Prospect Heights, IL 60070


CLTV-Tribune Company
16774 Collection Center Drive
Chicago, IL 60693

COMCAST
PO BOX 3002
SOUTHEASTERN, PA 19398-3002


COMCAST
18745 W. HIGGINS ROAD #4 FLOOR
Chicago, IL 60631


COMCAST SPORTS NET
75 REMITTANCE DRIVE SUITE 2850
Chicago, IL 60675


Comcast Sportsnet
75 Remittance Drive, Suite 2850
Chicago, IL 60675-2850


COMCAST SPOTLIGHT
18745 W. HIGGINS ROAD #4 FLOOR
Chicago, IL 60631


ComEd
po box 611
Carol Stream, IL 60197-6111


COMMONWEALTH EDISON
BILL PAYMENT CENTER
Chicago, IL 60668


Cook County Clerk
C/O David Orr
69 W. Washington, Suite 500
Chicago, IL 60602


Cook County Recorder
C/O Eugene Moore
118 N. Clark Street Room 120
Chicago, IL 60602


Courtney
9630 S Leavitt
Chicago, IL 60653


Credit PRotection Association, L.P.
13355 Noel Road
Dallas, TX 75240

DAILY HERALD
PO BOX 3204
Arlington Herights, IL 60006


Dawn Burns
419 Birchwood
Deerfield, IL 60015


Debbie Diniotis
C/O Green Russell
200 S Michigan #1240
Chicago, IL 60604


Department of Building and Zoning
Bureau of Economic Development
69 W. Washington, Suite 2830
Chicago, IL 60602


Department of Photo Enforcement
P.O. Box 5905
Carol Stream, IL 60197-5905


Devon Financial Servic
6414 N Western Ave
Chicago, IL 60645


Devon Financial Servic
6414 N Western Ave
Chicago, IL 60645


Devon-Central Currency Exchange
C/O R/A William Budnick
39535 N. Circle Avenue
Antioch, IL 60002


Devon-Western Currency Exchange
C/O R/A Fred Blumenfeld
5301 W. Dempster Street #300
Skokie, IL 60077


DiMonte & Lizak, LLC
216 Higgins Road
Park Ridge, IL 60068

DIRECTTV
PO BOX 9001069
LOUISVILLE, KY 40290-1069


Duet
3768 W 78th Pl
Chicago, IL 60652


Echelon Recovery Inc.
PO Box 1880
Voorhees, NJ 08043


Ed MCSWEENEY
208 N Eastwood Ave
Mount Prospect, IL 60056


Elizabeth TURNER
1911 Everett Road
Lake Forest, IL 60045


EVERGREEN OAK ELECTRIC
PO BOX 549
Crestwood, IL 60445


Ferguson
710 E 91st
Chicago, IL 60619


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712

GALAXIE CONSTRUCTION
4761 W. TOUHY AVE.
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE.
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE
LINCOLNWOOD, IL 60712


GALAXIE CONSTRUCTION
4761 W. TOUHY AVE.
LINCOLNWOOD, IL 60712


GE CAPITAL RETAIL BANK
Pay Pal Smart Connect
PO BOX 960080
ORLANDO, FL 32896-0080


Gecrb/paypal Smart Con
Po Box 965005
Orlando, FL 32896


George & Isela MORALES
2528 N St. Louis Ave
Chicago, IL 60647


Glenwood Building Department
1 Asselborn Way
Glenwood, IL 60425


Greinke
1108 S Crescent
Park Ridge, IL 60068


Hamilton
8820 S Oglesby
Chicago, IL 60617

HAROLD MICHELLE
22206 N Prairie Lane
Kildare, IL 60047


HEAVNER, SCOTT, BEYER & MIHLAR
P.O. BOX 740
DECATUR, IL 62525


Heidi SMITHSON
2250 Woodman Lane
Riverwoods, IL 60015


HOME DEPOT CREDIT SERVICES
PO BOX 182676
COLUMBUS, OH 43218-2676


HOMEWOOD DISPOSAL SERVICE INC.
1501 w. 175TH STREET
Homewood, IL 60430


HSBC MASTERCARD
PO BOX 88000
BALTIMORE, MD 21288-0001


HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197


Humana
550W. Adams Street
7th Floor
Chicago, IL 60661


INDEPENDENT RECYCLING
CH 17514
Palatine, IL 60055


Indiana Insurance Company
P.O. Box 7906
Loveland, OH 45140-7906


INTERNAL REVENUE SERVICE
STOP 6692 AUSC
AUSTIN, TX 73301-0021

Internal Revenue Service
5100 River Road
Schiller Park, IL 60176-1058


JARVIS GREENVIEW CURRENCY EXCHANGE
7058 N Greenview
Chicago, IL 60626


Jerry & Maryanne KORAB
1705 N 78th Ave
Elmwood Park, IL 60707


Jim BRANSFIELD
5015 N Winchester
Chicago, IL 60640


JULIE & BRIAN ERST
983 Vine St
Winnetka, IL 60093


Karen & John HENRY
5840 S. Meade Ave
Chicago, IL 60638


Karnuth
3416 N. Albany Ave.
Chicago, IL 60618


Kent Maynard & Associates LLC
17 N. State Street, Suite 1700
Chicago, IL 60602


Lee
2203 Francine Ave
Joliet, IL 60436


Lewis
1600 S 4th Ave
Maywood, IL 60153


LINCOLNWOOD POLICE DEPARTMENT
6900 NORTH LINCOLN AVENUE
Lincolnwood, IL 60712

```
Lump
8634 40th St
Lyons, IL 60534


MASCO CABINETRY
PO BOX 198192
Atlanta, GA 30384


MASTER BRAND CABINETS
75 REMITTANCE DR SUITE 1860
Chicago, IL 60675


MASTERCARD (Card Services)
P.O. BOX 13337
PHILADELPHIA, PA 19101-3337


MCI
P.O. BOX 371838
Pittsburgh, PA 15250


MCI BUSINESS VALUE PLUS INTERNATIONAL
PO BOX 371838
PITTSBURGH, PA 15250-7838


MESIROW INSURANCE
2413 MOMENTUM PLACE
Chicago, IL 60689


Municipal Collection Service
PO Box 327
Palos Heights, IL 60463


Nco Fin /99
Po Box 15636
Wilmington, DE 19850


NICOR
PO BOX 416
Aurora, IL 60568


NICOR GAS
PO BOX 416
Aurora, IL 60568
```

NORTHWESTERN WILDCATS
P.O. BOX 843038
Kansas City, MO 64184


PAYMENT PROCESSING CENTER (154915517358)
PO BOX 9001951
Louisville, KY 40290


PAYMENT PROCESSING CENTER (611916707600)
PO BOX 9001951
Louisville, KY 40290


PBG FINANACIAL SERVICES
666 DUNDEE ROAD
NORTHBROOK, IL 60062


PBG Financial Services
666 Dundee Road
Suite 401
Northbrook, IL 60062


Peoples Gas
Attn: Bankruptcy Dept
130 E. Randolph Drive
Chicago, IL 60601


Peter TOMBASCO
426 W Trail North
Grayslake, IL 60030


Processing Center
P.O. Box 183018
Columbus, OH 43218-3018


REMODELERS SUPPLY
2500 N. PULASKI
Chicago, IL 60639


REMODELERS SUPPLY (HP)
2500 N. PULASKI\
Chicago, IL 60639


REMODELERS SUPPLY (MP)
2500 N. PULASKI
Chicago, IL 60639

REMODELERS SUPPLY (PS)
2500 N. PULASKI
Chicago, IL 60639


REMODELERS SUPPLY (SP)
2500 N. PULASKI
Chicago, IL 60639


REPUBLIC BANK
2221 CAMDEN COURT
OAK BROOK, IL 60523


Republic Bank Of Chica
2221 Camden Ct
Oak Brook, IL 60523


RICH POMERANTZ
2839 Sandalwood Road
Buffalo Grove, IL 60089


ROCKOFF HARLAN RASOF
3818 OAKTON STREET
Skokie, IL 60076


SAVE IN EVERYTHING
1000 W. MAPLE ROAD SUITE 200
Troy, MI 48084


Secretary of State
213 State Capitol
Springfield, IL 62756


SHELL GAS CARD
PO BOX 183018
COLUMBUS, OH 42318-3018


Shell Oil / Citibank
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Smith
12401 S Yale
Chicago, IL 60628

State Farm Fire Casualty
C/O Grotefeld Hoffman Schleiter, Oc
311 S Wacker #4500
Chicago, IL 60606


STATE OF ILLINOIS
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19035
SPRINGFIELD, IL 62794-9035


State of Illinois - Dept of Revenue
PO Box 19026
Springfield, IL 62794-9026


State of Illinois - Dept of Revenue
PO Box 19026
Springfield, IL 62794-9026


STATE OF ILLINOIS DEPARTMENT OF REVENUE
100 W RANDOLPH STt # 6-600
Chicago, IL 60601


Stefco Construction
339 Madison St
Villa Park, IL 60181


Steve Pinsler
1799 East Caribbean Lane
Scottsdale, AZ 85255


Stroger
8534 S Blackstone
Chicago, IL 60619


STUDIO 41
2500 N Pulaski Rd, Chicago IL
Chicago, IL


Sugar-Clark
348 Cherrywood Road
Buffalo Grove, IL 60089


THE INTEGRITY GROUP
1954 FIRST STREET SUITE 555
Higland Park, IL 60035

THE TOWN OF CICERO
4949 WEST CERMAK ROAD
Cicero, IL 60804


TRA THE RETIREMENT ADVANTAGE
47 PARK PLACE SUITE 850
Appleton, WI 54914


TRIBUNE MEDIA GROUP
435 N. MICHIGAN 2ND FLOOR
Chicago, IL 60611


Turner, John and Pride
1911 W. Everett
Lake Forest, IL 60045


United Recovery Systems LP
PO Box 722929
Houston, TX 77272-2929


US bank
PO BOX 790408
ST LOUIS, MO 63179-0408


US bank
PO BOX 790408
ST LOUIS, MO 63179-0408


Us Bank
4325 17th Ave S
Fargo, ND 58125


Us Bank/na Nd
4325 17th Ave S
Fargo, ND 58125


Usher
5932 Winchester
Chicago, IL 60636


VALPAK CHICAGOLAND
1860 HAMPSHIRE DRIVE
Hoffman Estates, IL 60192

VIA MEDIA
209 WEST JACKSON SUITE 810
Chicago, IL 60606


Village of Arlington Heights
33 S. Arlington Heights Road
Arlington Heights, IL 60005-1499


Village of Bartlett
228 S. Main Street
Bartlett, IL 60103


Village of Bellwood
3200 Washington Blvd
Bellwood, IL 60104


Village of Bollingbrook
375 W Briarcliff Rd
Bolingbrook, IL 60440


Village of Broadview
2350 S. 25th Avenue
Broadview, IL 60155


Village of Buffalo Grove
50 Raupp Boulevard
Buffalo Grove, IL 60089


VILLAGE OF DEERFIELD
850 WAUKEGAN ROAD
Deerfield, IL 60015


Village of Dolton
14014 Park Avenue
Dolton, IL 60419


Village of Grayslake
ten South Seymour
Grayslake, IL 60030


Village of Hazel Crest
3000 W. 170th Place
Hazel Crest, IL 60429

Village of Homewood
2020 Chestnut Rd.
Homewood, IL 60430


Village of Homewood
17950 S. Dixie Illinois
Homewood, IL 60430


Village of Lincolnshire
One Olde Half Day Road
Lincolnshire, IL 60069


Village of Lincolnwood
6900 N. Lincoln Avenue
Lincolnwood, IL 60712


Village of Matteson
4900 Village Commons
Matteson, IL 60443


Village of Midlothian
14801 S. Pulaski Road
Midlothian, IL 60445


Village of Niles
1000 Civic Center Drive
Niles, IL 60714


Village of Northlake
55 E. North Avenue
Northlake, IL 60164


Village of Oak Park
123 Madison Street
Oak Park, IL 60302


Village of South Holland
16226 Wausau Avenue
South Holland, IL 60473


WBBM TV CBS Inc.
c/o Jay K. Levy
PO Box 1181
Evanston, IL 60201

WBBM-AM
22577 NETWORK PLACE LOCKBOX 22577
Chicago, IL 60673


WBBM-FM
22 WEST WASHINGTON ST.
Chicago, IL 60602


WEIGEL BROADCASTING
39936 TREASURY CENTER
Chicago, IL 60694


WESTFIELD INSURANCE
P.O. BOX 9001566
Louisville, KY 40290


WGN
P.O. BOX 98473
Chicago, IL 60693


WGN-AM
P.O. BOX 98473
Chicago, IL 60693


WINDOW TO THE WORLD COMMUNICATIONS INC.
5400 N. ST. LOUIS AVENUE
Chicago, IL 60625


WINER
434 Pine Manor Drive
Wilmette, IL 60091


WJMK-FM
180 N STETSON, STE 900
Chicago, IL 60601


WLS Radio
190 N. State Street
9th Floor
Chicago, IL 60601


WLS TELEVISION INC.
190 NORTH STATE STREET
Chicago, IL 60601

```
WMAQ Chicago
Lockbox 00571
Collection Center Drive
Chicago, IL 60693


WPWR CHANNEL 50
205 N MICHIGAN AVENUE
Chicago, IL 60601


Wright
901 N East Avenue
Oak Park, IL 60302


WSCR-AM
22603 NETWORK PLACE
Chicago, IL 60673


WUSN-FM
180 N STETSON AVE # 1000
Chicago, IL 60601


WXRT-FM
22603 NETWORK PLACE
Chicago, IL 60673
```